IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AKEEN MATTHEWS                          :        CIVIL ACTION
                                        :
        v.                              :
                                        :
WELLS FARGO HOME MORTGAGE CORP.,        :        NO. 12-4229
et al.                                  :

O R D E R

AND NOW, this 14th day of September, 2012, upon consideration of plaintiff's pro se second amended complaint (Document No. 7), it is ORDERED that:

1.    The second amended complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons discussed in the Court's Memorandum.  Plaintiff will not be given leave to amend because the Court finds that further attempts at amendment would be futile.

2.    This case shall remain CLOSED statistically.

BY THE COURT:

JUAN R. SANCHEZ, J.